```
BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700
(916) 554-2900 FAX
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, | CASE NO.  2:11-CR-00429 JAM |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER CONTINUING DATE FOR GOVERNMENT REPLY BRIEFS UNTIL DECEMBER 18, 2012** |
| CHRISTOPHER WARREN MACQUEEN, DOUGLAS ARTHUR JOHNSON, and SCOTT HAMILTON DURHAM, | |
| Defendants. | |

  The parties appeared before the Court on November 13, 2012, and set a date for the United States reply briefs to the defendants' motions filed on or about October 19, 2012.  At that time, the United States was ordered to file its reply brief no later than December 11, 2012.  Any additional motions to be filed by any defendant were due no later than January 8, 2013.  The United States reply to these additional motions was ordered due on January 22, 2013.  A motion hearing for all motions was set for February 12, 2013, at 1:30 p.m.

  The United States hereby requests a continuance to file its reply briefs from December 11, 2012, to December 18, 2012.  The

1 parties who have either filed or joined motions to which the United
2 States was ordered to reply no later than December 11, 2012, do not
3 object to this continuance.  The parties further stipulate that time
4 should continue to be excluded from the calculation of time under the
5 Speedy Trial Act until the conclusion of the hearing on, or other
6 prompt resolution of, the motion to suppress by the Court.  18 U.S.C.
7 § 3161(h)(1)(D); Local Code E.

Dated: December 4, 2012                 Respectfully Submitted,

                                        BENJAMIN B. WAGNER
                                        United States Attorney


                                    By: */s/ Kyle Reardon*
                                        KYLE REARDON
                                        Assistant U.S. Attorney


Dated: December 4, 2012                 */s/ Kyle Reardon* for
                                        MALCOLM SEGAL
                                        Attorney for Christopher Macqueen


Dated: December 4, 2012                 */s/ Kyle Reardon* for
                                        TOM JOHNSON
                                        Attorney for Doug Johnson


Dated: December 4, 2012                 */s/ Kyle Reardon* for
                                        WILLIAM PORTANOVA
                                        Attorney for Scott Durham

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, | CASE NO. 2:11-CR-00429 JAM |
| Plaintiff, | |
| v. | **ORDER GRANTING PARTIES' STIPULATION CONTINUING DATE FOR GOVERNMENT REPLY BRIEF UNTIL DECEMBER 18, 2012** |
| CHRISTOPHER WARREN MACQUEEN, DOUGLAS ARTHUR JOHNSON, and SCOTT HAMILTON DURHAM, | |
| Defendants. | |

The parties' stipulation is approved and so ordered. The United States reply to the motions filed or joined on or about October 19, 2012, shall be continued from December 11, 2012, to December 18, 2012. All other dates ordered at the November 13, 2012 status conference will remain the same.

Time shall continue to be excluded from the calculation of time

///

///

///

///

1 | under the Speedy Trial Act until the conclusion of the hearing on, or
2 | other prompt resolution of, the motion to suppress by the Court.  18
3 | U.S.C. § 3161(h)(1)(D); Local Code E.
4 | Dated:  12/12/2012

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court