BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700
(916) 554-2900 FAX

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:11-CR-00429 JAM |
| Plaintiff, | |
| v. | STIPULATION AND ORDER CONTINUING DATE FOR GOVERNMENT REPLY BRIEFS UNTIL DECEMBER 21, 2012 |
| CHRISTOPHER WARREN MACQUEEN, DOUGLAS ARTHUR JOHNSON, and SCOTT HAMILTON DURHAM, | |
| Defendants. | |

The parties appeared before the Court on November 13, 2012, and set a date for the United States reply briefs to the defendants' motions filed on or about October 19, 2012. At that time, the United States was ordered to file its reply brief no later than December 11, 2012. Any additional motions to be filed by any defendant were due no later than January 8, 2013. The United States reply to these additional motions was ordered due on January 22, 2013. A motion hearing for all motions was set for February 12, 2013, at 1:30 p.m.

The Court granted the parties' stipulation to continue the United States reply date to December 18, 2012. The United States hereby requests a second continuance to file its replies to December 21, 2012. The parties who have either filed or joined motions to which

the United States was ordered to reply no later than December 18, 2012, do not object to this second continuance. The parties further stipulate that time should continue to be excluded from the calculation of time under the Speedy Trial Act until the conclusion of the hearing on, or other prompt resolution of, the motion to suppress by the Court. 18 U.S.C. § 3161(h)(1)(D); Local Code E.

Dated: December 18, 2012   Respectfully Submitted,

BENJAMIN B. WAGNER
United States Attorney

By: */s/ Kyle Reardon*
KYLE REARDON
Assistant U.S. Attorney

Dated: December 18, 2012   */s/ Kyle Reardon* for
MALCOLM SEAGAL
Attorney for Christopher Macqueen

Dated: December 18, 2012   */s/ Kyle Reardon* for
TOM JOHNSON
Attorney for Doug Johnson

Dated: December 18, 2012   */s/ Kyle Reardon* for
WILLIAM PORTANOVA
Attorney for Scott Durham

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. 2:11-CR-00429 JAM |
| Plaintiff, | ) |
| v. | ) ORDER GRANTING PARTIES' |
| | ) STIPULATION CONTINUING DATE |
| CHRISTOPHER WARREN MACQUEEN, | ) FOR GOVERNMENT REPLY BRIEF |
| DOUGLAS ARTHUR JOHNSON, and | ) UNTIL DECEMBER 21, 2012 |
| SCOTT HAMILTON DURHAM, | ) |
| Defendants. | ) |

The parties' stipulation is approved and so ordered. The United States reply to the motions filed or joined on or about October 19, 2012, shall be continued from December 18, 2012, to December 21, 2012. All other dates ordered at the November 13, 2012 status conference will remain the same.

Time shall continue to be excluded from the calculation of time under the Speedy Trial Act until the conclusion of the hearing on, or other prompt resolution of, the motion to suppress by the Court. 18 U.S.C. § 3161(h)(1)(D); Local Code E.

Dated: 12/18/2012

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge