```
                                              FILED
                                              MAR 29 2013
                                        CLERK, U.S. DISTRICT COURT
                                       EASTERN DISTRICT OF CALIFORNIA
                                       BY _____
                                                 DEPUTY CLERK
```

THOMAS A. JOHNSON, SBN #119203
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 1620
Sacramento, California 95814
Telephone: (916) 422-4022
Attorney for Douglas Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>vs.<br><br>CHRISTOPHER MACQUEEN,<br>SCOTT DURHAM, and<br>DOUGLAS JOHNSON,<br>    Defendants. | Case No.: 2:11-cr-00429-JAM<br><br>STIPULATION AND ORDER FOR AMENDMENT OF THE BRIEFING SCHEDULE |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the briefing schedule should be amended as follows:

| | |
|---|---|
| Defendant's Supplemental Brief filed by: | March 28, 2013 |
| Government's Opposition filed by: | April 11, 2013 |
| Defendant's Reply filed by: | April 18, 2013 |

Kyle Reardon, Assistant United States Attorney, and Thomas A. Johnson, Attorney for Defendant, both agree to the amended briefing schedule.

**IT IS SO STIPULATED.**

DATED: March 28, 2013     By:     /s/ Thomas A. Johnson
                                  THOMAS A. JOHNSON
                                  Attorney for Defendant
                                  DOUGLAS JOHNSON

- I -

DATED: March 28, 2013

BENJAMIN B. WAGNER
United States Attorney

By:  /s/ Thomas A. Johnson for
KYLE REARDON
Assistant United States Attorney

**IT IS SO ORDERED.**

DATED: 3-29-2013

HON. JOHN A. MENDEZ
United States District Court Judge

- 2 -