BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700
(916) 554-2900 FAX

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SCOTT HAMILTON DURHAM,<br><br>　　　　　Defendant. | CASE NO. 2:11-CR-00429 JAM<br><br>**MOTION TO DISMISS INDICTMENT AND ORDER DISMISSING INDICTMENT** |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, Plaintiff, United States of America, by and through its undersigned attorney, hereby files this motion and proposed order dismissing the pending indictment against defendant SCOTT HAMILTON DURHAM in the above-captioned matter.  The United States also asks that the status conference set for August 27, 2013, be vacated.

Dated: August 16, 2013　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　BENJAMIN B. WAGNER
　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　By:　*/s/ Kyle Reardon*
　　　　　　　　　　　　　　　　　　　　　KYLE REARDON
　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 2:11-CR-00429 JAM |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| SCOTT HAMILTON DURHAM, | ) | |
| Defendant. | ) | |

The United States' motion to dismiss the pending indictment against defendant SCOTT HAMILTON DURHAM in case number 2:11-CR-00429 JAM is granted. The status conference set for August 27, 2013, is hereby vacated.

APPROVED AND SO ORDERED.

Dated: 8/19/2013

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge