BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700
(916) 554-2900 FAX

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 2:11-CR-00429 JAM |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **AMENDED MOTION TO DISMISS INDICTMENT AND ORDER DISMISSING INDICTMENT** |
| SCOTT HAMILTON DURHAM, | ) | |
| Defendant. | ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, Plaintiff, United States of America, by and through its undersigned attorney, hereby files this amended motion and proposed order dismissing the indictment with prejudice against defendant SCOTT HAMILTON DURHAM in the above-captioned matter.  The United States also asks that the status conference set for August 27, 2013, be vacated.

DATED: August 20, 2013                              Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

By: */s/ Kyle Reardon*
KYLE REARDON
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SCOTT HAMILTON DURHAM,<br><br>　　　　Defendant. | CASE NO. 2:11-CR-00429 JAM<br><br>**ORDER** |

The United States' amended motion to dismiss the pending indictment with prejudice against defendant SCOTT HAMILTON DURHAM in case number 2:11-CR-00429 JAM is granted.  The status conference set for August 27, 2013, is hereby vacated.

Dated:  8/20/2013

　　　　　　　　　　　　　　　　　　　/s/ John A. Mendez
　　　　　　　　　　　　　　　　　　　JOHN A. MENDEZ
　　　　　　　　　　　　　　　　　　　United States District Court Judge